691 A.2d 816

IN THE MATTER OF GLENN W. BANKS,
AN ATTORNEY AT LAW.

April 4, 1997.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–13(b) recommending that **GLENN W. BANKS** of **STILLWATER**, who was admitted to the bar of this State in 1982, be immediately temporarily suspended from the practice of law after pleading guilty to knowingly or purposely manufacturing and/or possessing with intent to distribute, marijuana in a quantity of more than one-half ounce, in violation of *N.J.S.A.* 2C:35–5a(*l*) and *N.J.S.A.* 2C:35–5b(11), a third-degree crime, and good cause appearing;

It is ORDERED that **GLENN W. BANKS** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **GLENN W. BANKS** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **GLENN W. BANKS** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.